AO 93 (Rev. 11/13) Search and Seizure Warrant    AUSA Alexandra Morgan, (312) 353-1123

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

the USPS Priority Mail package bearing tracking number 9405 5116 9900 0660 0751 82, further described in Attachment A

Case Number: 20M 102

## SEARCH AND SEIZURE WARRANT

To: Michael Todd and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>February 19, 2020</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>February 5, 2020</u>

*Judge's signature*

City and State: <u>Chicago, Illinois</u>

<u>SUNIL R. HARJANI, U.S. Magistrate Judge</u>
*Printed name and title*

RECEIVED
FEB 0 5 2020
MAGISTRATE JUDGE
SUNIL R. HARJANI

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 2998155 | Date and time warrant executed: 02/05/2020 3:00 pm | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: Matthew Carlson & Alex Lupiani | | |

Inventory of the property taken and name of any person(s) seized:

Priority Mail parcel was found to contain:

464.4g of poppy seed plants.

[sketch of rectangular parcel with X across it, initialed "ne" and "MC"]

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/10/20

_Executing officer's signature_

Matthew Carlson, Postal Inspector
_Printed name and title_

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

The USPS Priority Mail Parcel with Tracking Number 9405 5116 9900 0660 0751 82, with a recipient address of Timothy Walker, 304 S Madison St., Apt 2B, Woodstock, IL 60098," with a return address of "Halestorm LLC, P.O. Box 8371, Red Bluff, CA 96080," bearing $9.54 in postage, measuring approximately 12.25 inches by 12.25 inches by 8.5 inches, and weighing approximately 2 pounds.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;
2. Packaging for controlled substances;
3. United States currency;
4. Items associated with controlled substances; and
5. Items that identify the sender or receiver of the parcel.